# WILMERHALE

September 15, 2017

Louis W. Tompros

+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

**By Email and Federal Express**

Jessica Logsdon
1009 Chestnut Avenue
Kansas City, MO 64127
(816) 237-8484
artservicesgroup@gmail.com

**Re: Misappropriation of Pepe the Frog**

Dear Ms. Logsdon:

My colleagues and I represent Matt Furie, the creator of Pepe the Frog ("Pepe" or the "Work"). Mr. Furie is the sole and exclusive owner of all intellectual property rights—including copyright—in the Pepe the Frog character, image, and name. Mr. Furie therefore has the exclusive rights, among others, to make copies of the original Work, prepare derivative works of the original Work, and/or distribute copies of the Work by sale, rental, lease, and/or lending.

We understand that you have used Pepe the Frog in connection with your promotion of alt-right messages across various forms of media. For example, you display and offer for sale on your website *jessicalogsdon.com* oil paintings featuring images of Pepe the Frog, including one expressly entitled "Alt-Right" and another featuring an image of Pepe the Frog pointing a machine gun over a wall labeled "U.S. Border." According to your Twitter feed, *@USARTStar*, you have also sold oil paintings featuring Pepe the Frog (for example, on a tweet posted August 25, 2017, in which you claim to have sold two oil paintings featuring Pepe, one of which shows Pepe masked and with a machine gun in front of what appears to be the White House). Your Twitter feed also advertises various oil paintings featuring Pepe available for sale on *eBay*.

Your use of Pepe the Frog in connection with your promotion of violence and hate is unauthorized and unacceptable. Pepe is a peaceful frog who represents togetherness and fun—not hate.

Matt Furie created Pepe the Frog. Your appropriation of Pepe the Frog without Mr. Furie's permission constitutes copyright infringement in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*. We request that you immediately stop using or distributing any images of Pepe the Frog, including those identified in this letter. Specifically, effective immediately, cease and desist publicly displaying or selling any image of Pepe the Frog, including but not limited to the following images on your website and on *eBay*:


Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   Washington

Case 4:17-cv-00828-HFS   Document 11-1   Filed 10/20/17   Page 1 of 4



- http://jessicalogsdon.com/item/alt-right
- http://jessicalogsdon.com/item/american
- http://jessicalogsdon.com/item/bernie-sanders-pepe
- http://jessicalogsdon.com/item/build-it
- http://jessicalogsdon.com/item/can-t-stump-the-trump
- http://jessicalogsdon.com/item/charlottesville
- http://jessicalogsdon.com/item/circus-pepe
- http://jessicalogsdon.com/item/don-t-tread-on-memes-1
- http://jessicalogsdon.com/item/einstein-pepe
- http://jessicalogsdon.com/item/fat-pepe
- http://jessicalogsdon.com/item/french-pepe
- http://jessicalogsdon.com/item/french-pepe-1
- http://jessicalogsdon.com/item/gangster-pepe
- http://jessicalogsdon.com/item/ivanka
- http://jessicalogsdon.com/item/lock-her-up
- http://jessicalogsdon.com/item/manchester-pepe
- http://jessicalogsdon.com/item/marine-le-pen
- http://jessicalogsdon.com/item/meme-cop
- http://jessicalogsdon.com/item/meme-war
- http://jessicalogsdon.com/item/montana-pepe
- http://jessicalogsdon.com/item/msm-pepe
- http://jessicalogsdon.com/item/obese-pepe
- http://jessicalogsdon.com/item/oil-painting
- http://jessicalogsdon.com/item/pepe-patrol
- http://jessicalogsdon.com/item/playboy-pepe
- http://jessicalogsdon.com/item/president
- http://jessicalogsdon.com/item/president-pepe
- http://jessicalogsdon.com/item/president-trump
- http://jessicalogsdon.com/item/red-pepe-1
- http://jessicalogsdon.com/item/revolution-of-perception
- http://jessicalogsdon.com/item/rich-pepe
- http://jessicalogsdon.com/item/sad-pepe
- http://jessicalogsdon.com/item/smoking-pepe
- http://jessicalogsdon.com/item/spiritual-president-trump-and-pepe
- http://jessicalogsdon.com/item/trump-pepe
- http://jessicalogsdon.com/item/we-the-kekistani
- http://www.ebay.com/itm/Oil-Painting-Alt-Right-/322738487022
- http://www.ebay.com/itm/Oil-Painting-American-/322732060657
- http://www.ebay.com/itm/Oil-Painting-Bernie-Sanders-Pepe-/322732061421

- http://www.ebay.com/itm/Oil-Painting-Charlottesville-/322738488958
- http://www.ebay.com/itm/Oil-Painting-Circus-Frog-/322735020385
- http://www.ebay.com/itm/Oil-Painting-Dont-Tread-On-Memes-/322738489799
- http://www.ebay.com/itm/Oil-Painting-Einstein-Pepe-/322732057420
- http://www.ebay.com/itm/Oil-Painting-English-Pepe-/322714139876
- http://www.ebay.com/itm/Oil-Painting-Fat-Pepe-/322732062167
- http://www.ebay.com/itm/Oil-Painting-Fat-Pepe-/322735021016
- http://www.ebay.com/itm/Oil-Painting-Female-Pepe-/322714139554
- http://www.ebay.com/itm/Oil-Painting-Female-Pepe-/322735021918
- http://www.ebay.com/itm/Oil-Painting-French-Pepe-/322735022918
- http://www.ebay.com/itm/Oil-Painting-French-Pepe-/322735024098
- http://www.ebay.com/itm/Oil-Painting-Gangster-Pepe-/322732059240
- http://www.ebay.com/itm/Oil-Painting-Marine-Le-Pen-/322732058711
- http://www.ebay.com/itm/Oil-Painting-Meme-Cop-Pepe-/322732062738
- http://www.ebay.com/itm/Oil-Painting-Meme-War-/322735024703
- http://www.ebay.com/itm/Oil-Painting-Montana-Pepe-/322732056718
- http://www.ebay.com/itm/Oil-Painting-MSM-TRUMP-PEPE-/322714142647
- http://www.ebay.com/itm/Oil-Painting-Playboy-Pepe-/322714138473
- http://www.ebay.com/itm/Oil-Painting-POTUS-/322732063326
- http://www.ebay.com/itm/Oil-Painting-President-Donald-Trump-Pepe-/322735025310
- http://www.ebay.com/itm/Oil-Painting-President-Trump-Pepe-/322732064601
- http://www.ebay.com/itm/Oil-Painting-President-Trump-Pepe-/322735026042
- http://www.ebay.com/itm/Oil-Painting-Revolution-of-Perception-Pepe-/322735026815
- http://www.ebay.com/itm/Oil-Painting-Rich-Pepe-/322732065175
- http://www.ebay.com/itm/Oil-Painting-Sad-Pepe-/322714140668
- http://www.ebay.com/itm/Oil-Painting-Smoking-Pepe-/322714140288
- http://www.ebay.com/itm/Oil-Painting-Spiritual-Pepe-Trump-/322732064086
- http://www.ebay.com/itm/Oil-Painting-Trump-Pepe-/322714140976
- http://www.ebay.com/itm/Oil-Painting-Trump-Pepe-/322714141433
- http://www.ebay.com/itm/Oil-Painting-Trump-Pepe-/322732065686
- http://www.ebay.com/itm/Oil-Painting-Trump-Pepe-/322732066088

Please confirm that you have complied with each of these requests within 5 days of receipt.

Please also note that we have notified Square, Inc. (which appears to host your *jessicalogsdon.com* store) of your infringement and asked that Square take steps to remove it.

In addition, under U.S. copyright law, Mr. Furie is entitled to damages for your infringement. Please immediately provide us with documentation for sales of all prior paintings or other goods that you have sold that include the character and/or image of Pepe the Frog, including the dates

WILMERHALE

Page 4

and amounts of each sale, and your profits from each sale. Once we review that information, we can discuss appropriate next steps.

Please be advised that, if we do not receive confirmation that you have complied in full with this request, we reserve the right to bring an action against you to permanently enjoin you from using Pepe the Frog, to obtain statutory damages, actual damages, unlawful profits, and attorney's fees and costs, and to seek all other remedies available under applicable Federal and state laws.

We strongly advise you to seek legal representation in connection with this matter. I look forward to a prompt response from you or your counsel.

Very truly yours,

Louis W. Tompros

ActiveUS 164747662v.1

Case 4:17-cv-00828-HFS   Document 11-1   Filed 10/20/17   Page 4 of 4