IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MATT FURIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-00828-HFS |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| JESSICA LOGSDON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE OF
## INITIAL DISCLOSURES AND DISCOVERY DOCUMENTS

It is hereby certified that on November 20, 2017, Plaintiff Matt Furie served the following documents:

- Initial Disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
- First Set of Requests for Production of Document and Things;
- First Set of Interrogatories; and,
- First Set of Requests for Admission

via email upon Defendant Jessica Logsdon, as follows:

    Jessica Logsdon
    artservicesgroup@gmail.com


Dated: November 20, 2017    Respectfully submitted,


    By: */s/ Elaine Zhong*

    German May PC
    Charles W. German    MO Bar # 26534
    Carrie Phillips    MO Bar # 69278
    1201 Walnut Street, Suite 2000
    Kansas City, MO 64106
    Tele:  (816) 471-7700
    Fax:  (816) 471-2221
    charleyg@germanmay.com

carriep@germanmay.com

Wilmer Cutler Pickering
    Hale and Dorr LLP
Louis W. Tompros (*pro hac vice*)
Stephanie Lin (*pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
louis.tompros@wilmerhale.com
stephanie.lin@wilmerhale.com

Elaine Zhong (*pro hac vice*)
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300 (t)
Fax: (213) 443-5400 (f)
elaine.zhong@wilmerhale.com

William C. Kinder (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 295-6509
Fax: (212) 230-8888
will.kinder@wilmerhale.com

*Attorneys for Plaintiff Matt Furie*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on November 20, 2017, I electronically filed a copy of the foregoing with the Clerk of this Court by using the CM/ECF system which sends notification to all CM/ECF participants of record.

             <u>/s/ *Elaine Zhong*</u>

             *Attorney for Plaintiff Matt Furie*