IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

MATT FURIE,

    Plaintiff,

v.

JESSICA LOGSDON

    Defendant.

Case No. 4:17:cv-00828-HFS
**JURY TRIAL DEMANDED**

RECEIVED 17 DEC 18 PM 1:55 CLERK U.S. DIST. COURT WEST. DIST. OF MO. KANSAS CITY, MO.

## CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES

It is hereby certified that on December 18, 2017, Defendant Jessica Logsdon served the following document:

*OBJECTIONS AND RESPONSES OF DEFENDANT TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES upon Plaintiff Matt Furie, as follows:

Hand Delivered to GermanMay Kansas City Offices:

Received by (printed name): CARRIE PHILLIPS

Received by (signature): CP

DATE: 12/18/17

cc:

Elaine Zhong
elaine.zhong@wilmerhale.com

Dated: December 18, 2017

Respectfully Submitted,

By: /s/Jessica Logsdon, pro se
artservicesgroup@gmail.com
1009 Chestnut Ave KCMO 64127
816-326-8851