RECEIVED

2018 MAR -2 PM 2: 47

CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

MATT FURIE,                          )
                Plaintiff,            )
                          )
v.                             ) Case No. 4:17-cv-00828-HFS
                          ) **JURY TRIAL DEMANDED**
                          )
JESSICA LOGSDON,              )
                          )
              Defendant.          )

## <u>CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S</u>

## <u>SECOND REQUEST FOR PRODUCTION (REQUEST NO. 23)</u>

It is hereby certified that on March 2, 2018, Defendant Jessica Logsdon served the

following document:

\*OBJECTIONS AND RESPONSES OF DEFENDANT TO PLAINTIFF'S SECOND

REQUEST FOR PRODUCTION (NO. 23) via electronic upload upon Plaintiff Matt Furie, as

follows:

Defendant has included all available documents concerning Productions in a folder

labeled "Defendant's Responses to RFP # 23" uploaded to the German May online portal,

specifically https://rhgm.sharefile.com/home/shared/fod5cfef-9d43-4a2a-930d-

625b04676945

cc:

Lin, Stephanie <Stephanie.Lin@wilmerhale.com>

Carrie Phillips <CarrieP@germanmay.com>,

"charleyg@germanmay.com" <charleyg@germanmay.com>,

"Kinder, Will" <Will.Kinder@wilmerhale.com>,

"Tompros, Louis W." <Louis.Tompros@wilmerhale.com>

Dated: March 2, 2018                   Respectfully Submitted,

by: /s/Jessica Logsdon, *pro se*

artservicesgroup@gmail.com

1009 Chestnut Ave KCMO 64127

816-326-8851