# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MATT FURIE, | ) |
| Plaintiff, | ) ) ) Case No. 4:17-cv-00828-HFS |
| v. | ) **JURY TRIAL DEMANDED** |
| JESSICA LOGSDON, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matt Furie, by and through his counsel, and Defendant Jessica Logsdon hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant, with the parties to bear their own costs and attorneys' fees.

Dated: March 9, 2018    Respectfully submitted,

By: */s/ Stephanie Lin*
German May PC
Charles W. German    MO Bar # 26534
Carrie Phillips        MO Bar # 69278
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Tele:   (816) 471-7700
Fax:    (816) 471-2221
charleyg@germanmay.com
carriep@germanmay.com

Wilmer Cutler Pickering
    Hale and Dorr LLP
Louis W. Tompros (*pro hac vice*)
Stephanie Lin (*pro hac vice*)
60 State Street
Boston, MA  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000

louis.tompros@wilmerhale.com
stephanie.lin@wilmerhale.com

William C. Kinder (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.:  (212) 295-6509
Fax:  (212) 230-8888
will.kinder@wilmerhale.com

*Attorneys for Plaintiff Matt Furie*

By: /s/ *Jessica Michelle Logsdon*
Jessica Michelle Logsdon (*pro se*)
1009 Chestnut Avenue
Kansas City, Missouri 64127
816-326-8851
artservicesgroup@gmail.com

*Defendant*

# CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2018, I electronically filed a copy of the foregoing with the Clerk of this Court by using the CM/ECF system which sends notification to all CM/ECF participants of record.

          /s/ *Stephanie Lin*
          *Attorney for Plaintiff Matt Furie*